Feb. 7, 1978.

382 A.2d 741

B P Oil Corporation v. Thornton, Appellant.

Submitted June 13, 1977.   Norman P. Zarwin and Martin J. Resnick, for appellant;   Joseph A. Tate, and Schnader, Harrison, Segal & Lewis, for appellee.

Order affirmed.

HOFFMAN, J., would certify to the Supreme Court of Pennsylvania.